Submitted on petition for review April 19, 1994, petition for review allowed; decision of the Court of Appeals reversed, and case remanded to the Court of Appeals for reconsideration July 20, 1995

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## JENARO AGUILAR,
*Petitioner on Review.*

(CC C88-06-33882; CA A70129; SC S41243)

899 P2d 690

Liza Langford, Portland, filed the petition for petitioner on review.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Unis, and Graber, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is reversed, and the case is remanded to the Court of Appeals for reconsideration in the light of *State v. Dominguez-Martinez*, 321 Or 206, 895 P2d 306 (1995).

** Durham, J., did not participate in this decision.